IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| United States of America, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 2:12-cr-04012-FJG-1 |
| ) | |
| Derrick McKinzie, ) | |
|     Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #28 filed on October 9, 2012), to which no objection has been filed, the plea of guilty to Counts 1 of the Indictment which was filed on February 16, 2012, is now accepted. Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

                                                             */s/ Fernando J. Gaitan, Jr.*
                                                            Fernando J. Gaitan, Jr.
                                                    Chief United States District Judge

Dated: October 31, 2012
Kansas City, Missouri